OAO91 (Rev. 12/03)  Criminal Complaint

# UNITED STATES DISTRICT COURT

WESTERN    DISTRICT OF    MICHIGAN

UNITED STATES OF AMERICA
V.
HELEN ANN OLSON

CRIMINAL COMPLAINT

Case Number: 2:07-mj-01

(Name and Address of Defendant)

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about ___January 2, 2007___ in ___Chippewa___ County, in
(Date)
the ___Western___ District of ___Michigan___ defendant(s) did,

(Track Statutory Language of Offense)
knowing that an alien, namely Donald Joseph Legere, had not received prior official authorization to come to, enter and reside in the United States, did bring to or attempt to bring to the United States the said Donald Joseph Legere, and did not bring and present said alien to an appropriate immigration officer immediately upon arrival at a designated port of entry,

in violation of Title ___8___ United States Code, Section(s) ___1324(a)(2)(B)(iii)___ .

I further state that I am a(n) ___CBP Officer___ and that this complaint is based on the
Official Title
following facts:

See attached affidavit.

Continued on the attached sheet and made a part of this complaint:  ☒ Yes  ☐ No

*Craig Watten*

Signature of Complainant

Craig Watten, CBP Officer
Printed Name of Complainant

Sworn to before me and signed in my presence,

1/4/2007
Date

at    Marquette,    Michigan
City            State

Hon. Timothy P. Greeley        U.S. Magistrate Judge
Name of Judge            Title of Judge          Signature of Judge

<u>AFFIDAVIT</u>

I, Customs and Border Protection Officer Craig Watten, being duly sworn, state the following:

1.  I am currently employed by the Department of Homeland Security (DHS), Bureau of Customs and Border Protection (CBP), as a Customs and Border Protection Officer at Sault Ste. Marie, Michigan. I have been employed with CBP, and formerly the Immigration and Naturalization Service, for approximately 18 years. The statements included herein are true and correct based on my personal knowledge and investigation.

2.  On January 2, 2007, at approximately 2018 hours, two individuals in a Ford Taurus with Ontario registration plate 715 TPV applied for admission to the United States at the Port of Entry in Sault Ste. Marie, Michigan. The vehicle was referred to secondary inspection because the registration plate was linked to a previous refusal on November 26, 2006.

3.  After being referred to secondary inspection, the driver of the vehicle was identified as Helen Ann Olson, a Canadian citizen, and the passenger was identified as William Russell Driggs, a citizen of the United States. Helen Olson stated that she was giving William Driggs a ride home and that she would be staying in the United States overnight. At no time during the secondary inspection process did Olson or Driggs mention that Helen Olson's son, Donald Joseph Legere, was concealed in the trunk of the vehicle.

4.  A search of the vehicle revealed that Donald Legere, Olson's son and a Canadian citizen with a date of birth in 1986, was in the back of the trunk of the Ford Taurus, positioned behind luggage and covered with a blanket.

5.  A review of Department of Homeland Security records reveled that Donald Legere was refused admission to the United States on November 2, 2006 at the Port of Entry at Sault Ste. Marie, Michigan, because he has a conviction in Canada for Invitation To Sexual Touching. On that date, his mother, Helen Olson, accompanied him and both subjects were advised of his inadmissibility to the United States. Donald Legere has not received permission from the Department of Homeland Security to come to, enter, or reside in the United States.

6.  Helen Olson was provided her *Miranda* rights, which she subsequently waived, agreeing to answer questions. She admitted that prior to arriving at the Port of Entry at Sault Ste. Marie, Michigan, she stopped in Sault Ste. Marie, Ontario, Canada and assisted her son in concealing himself in the trunk of her car. She admitted that she knew her son was not admissible to the United States at the time she attempted to enter the United States.

7.  On November 26, 2006, Helen Olson was refused admission to the United States at the Port of Entry at Sault Ste. Marie, Michigan. On that date, CBP personnel conducted

an inspection of the Ford Taurus bearing Ontario registration plate 715 TPV driven by Olson. During a search of the vehicle, William Driggs was found in the trunk. Olson was refused admission to the United States and admonished not to try to conceal people in her vehicle when attempting to cross into the United States.

8. In summation, based in the facts contained herein, I submit there is probable cause to believe that Helen Ann Olson, knowing that her son, an alien, had not received prior official authorization to come to, enter, or reside in the United States, brought or attempted to bring her son to the United States without immediately presenting him to an appropriate immigration officer at a designated port of entry, in violation of Title 18, United States Code, Section 1324(a)(2)(B)(iii).

Craig Watten, Affiant
U.S. Customs and Border Protection Officer

Sworn to before me and subscribed in my presence, this 4th day of January, 2007

Honorable Timothy P. Greeley
United States Magistrate Judge